UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**MICHAEL FAGAN**
       Plaintiff,

v.   Case No: 24-cv-33

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY**

       Defendant

---

### MOTION TO DISMISS WITH PREJUDICE

---

The Plaintiff, by his attorneys, Hawks Quindel, S.C., hereby moves to dismiss Defendant with prejudice. The parties have resolved the above-captioned matter.

Dated: April 11, 2024.

          **HAWKS QUINDEL, S.C.**

By:    */s/ William E. Parsons*
       William E. Parsons, State Bar No. 1048594
       Email: wparsons@hq-law.com
       Naomi R. Swain, State Bar No. 1115655
       Email: nswain@hq-law.com
       409 East Main Street
       Madison, Wisconsin 53701-2155
       Telephone: 608/257-0040
       Facsimile: 608/256-0236

       Attorneys for Plaintiff, Michael Fagan

01128743